<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
DERRICK ASKEW,                                )
                                              )  Civil Action
          Plaintiff                           )  No. 11-cv-04003
                                              )
     v.                                       )
                                              )
R.L. REPPERT, INC.,                           )
RICHARD L. REPPERT,                           )
R.L. REPPERT, INC. EMPLOYEES                  )
   PROFIT SHARING 401(k) PLAN,                )
R.L. REPPERT, INC. MONEY                      )
   PURCHASE PLAN (DAVIS BACON PLAN),          )
                                              )
          Defendants and                      )
          Third-Party Plaintiffs              )
                                              )
     v.                                       )
                                              )
CALIFORNIA PENSION ADMINISTRATORS &           )
   CONSULTANTS, INC.,                         )
                                              )
          Third-Party Defendants              )
```

<u>O R D E R</u>

NOW, this 26th day of February, 2016, upon consideration of Plaintiff's Motion for Reconsideration of Order on Summary Judgment ("Motion for Reconsideration"), which Motion for Reconsideration was filed February 19, 2016 (Document 134) together with a memorandum of law in support and exhibits, and Defendants and Third Party Plaintiffs R.L. Reppert Inc. et al's Response and Memorandum of Law to Plaintiff's Motion for Reconsideration on Summary Judgment, which response was filed on

February 24, 2016 (Document 139) together with Exhibit A, and for the reasons expressed in the accompanying Opinion,

    <u>IT IS ORDERED</u> that plaintiff's Motion for Reconsideration is denied.

                                BY THE COURT:

                                <u>/s/ JAMES KNOLL GARDNER</u>
                                James Knoll Gardner
                                United States District Judge