UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DERRICK ASKEW, :
          Plaintiff, :
           :
     v. : No. 5:11-cv-04003
           :
R.L. REPPERT, INC.; RICHARD L. REPPERT; :
R.L. REPPERT, INC. EMPLOYEES PROFIT :
SHARING 401(K) PLAN; and :
R.L. REPPERT, INC. MONEY PURCHASE :
PLAN (DAVIS BACON PLAN), :
          Defendants. :
_____

**O R D E R**

**AND NOW**, this 10th day of January, 2020, after consideration of Plaintiff's objections to the Auditor's Reports and of the Auditor's Reports for all plan years and his letter dated November 25, 2019, as well as all the arguments of counsel, both oral and written, and for the reasons set forth in the Opinion issued this date,[1] **IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff's objections to the audit reports, *see* ECF No. 184, are **OVERRULED**.

    2.    Consistent with the Order dated February 8, 2018, *see* ECF No. 172, any attorney fee petition is due within thirty days of the date of this Order.

                                                BY THE COURT:

                                               */s/ Joseph F. Leeson, Jr.*_____
                                               JOSEPH F. LEESON, JR.
                                             United States District Court

---

[1]    *See also* Order n.2, ECF No. 199.