UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DERRICK ASKEW, | : |
|           Plaintiff, | : |
| | : |
|     v. | :   No. 5:11-cv-04003 |
| | : |
| R.L. REPPERT, INC.; RICHARD L. REPPERT; | : |
| R.L. REPPERT, INC. EMPLOYEES PROFIT | : |
| SHARING 401(K) PLAN; and | : |
| R.L. REPPERT, INC. MONEY PURCHASE | : |
| PLAN (DAVIS BACON PLAN), | : |
|           Defendants. | : |

_____

**O R D E R**

**AND NOW**, this 20th day of July, 2020, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion for Attorney's Fees and Costs, ECF No. 206, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge